pUNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EIREOG INNOVATIONS LTD., <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORPORATION, <br><br> Defendant. | Case No. 1:24-cv-00697-DII <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT'S NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party: Oracle Corporation

through counsel: Wilmer Cutler Pickering Hale and Dorr LLP

hereby:

____ consents to having a United States Magistrate Judge preside over the trial in this case

 X   declines to consent to trial before a United States Magistrate Judge

| | |
|---|---|
| Dated:  November 19, 2024 | Respectfully submitted, |
| | */s/ Gregory H. Lantier* |

Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Dominic E. Massa (*pro hac vice*)
dominic.massa@wilmerhale.com
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Sarah R. Frazier (*pro hac vice*)
sarah.frazier@wilmerhale.com
Jason H. Liss (*pro hac vice*)
jason.liss@wilmerhale.com
**Wilmer Cutler Pickering Hale and Dorr LLP**
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Facsimile: (617) 526-5000

Gregory H. Lantier (*pro hac vice*)
**Wilmer Cutler Pickering Hale and Dorr LLP**
2100 Pennsylvania Avenue, NW
Washington, DC  20037
Phone: (202) 663-6000
Facsimile: (202) 663-6363

Christopher S. Ponder (*pro hac vice*)
cponder@sheppardmullin.com
Harper S. Batts (*pro hac vice*)
hbatts@sheppardmullin.com
Jeffrey Liang (*pro hac vice*)
jliang@sheppardmullin.com
**Sheppard, Mullin, Richter & Hampton LLP**
1540 El Camino Real
Suite 120
Menlo Park, CA  95025
Telephone: (650) 815-2600
Facsimile: (650) 815-2601

*Attorneys for Defendant Oracle Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on November 19, 2024.

By: */s/ Gregory H. Lantier*
Gregory H. Lantier