UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EIREOG INNOVATIONS LTD., <br><br> Plaintiff, <br><br> v. <br><br> DELL TECHNOLOGIES INC. AND DELL INC., <br><br> Defendants. | Case No. 1:24-cv-00416-ADA <br><br> **JURY TRIAL DEMANDED** |
| EIREOG INNOVATIONS LTD., <br><br> Plaintiff,, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 1:24-cv-00644-ADA <br><br> **JURY TRIAL DEMANDED** |
| EIREOG INNOVATIONS LTD., <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORPORATION, <br><br> Defendant. | Case No. 1:24-cv-00697-ADA <br><br> **JURY TRIAL DEMANDED** |

**AGREED FIRST AMENDED SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, it is **ORDERED** that the following schedule shall govern all deadlines in this case up to and including the trial of this matter:

| Deadline | Item |
|---|---|
| April 4, 2025 | Defendant files Reply claim construction brief. |

1

|  | Parties to jointly email the law clerks to confirm their *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
|---|---|
| April 18, 2025 | Plaintiff files a Sur-Reply claim construction brief. |
| April 23, 2025 | Parties submit Joint Claim Construction Statement and email the law clerks an editable copy. *See* General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| May 13, 2025 | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |
| May 23, 2025 | *Markman* Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the *Markman* hearing approaches. |
| May 24, 2025 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| July 3, 2025 | Deadline to add parties. |
| July 18, 2025 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| September 12, 2025 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| November 21, 2025 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court to arrange a teleconference with the Court to resolve the disputed issues. |
| December 19, 2025 | Close of Fact Discovery. |
| January 2, 2026 | Opening Expert Reports. |
| January 30, 2026 | Rebuttal Expert Reports. |
| February 13, 2026 | Close of Expert Discovery. |

| February 20, 2026 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
|---|---|
| February 27, 2026 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>*See* OGP Note #9 regarding providing copies to the Court and the technical advisor (if appointed).<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. |
| March 13, 2026 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| March 27, 2026 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| April 3, 2026 | Serve objections to rebuttal disclosures; file motions *in limine*. |
| April 10, 2026 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions *in limine*<br><br>From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |
| April 17, 2026 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to file replies to motions *in limine*. |

| April 24, 2026 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| March 27, 2026 | Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates. |
| April 28, 2026 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| May 1, 2026 | **Final Pretrial Conference**. Held in person unless otherwise requested. |
| June 1, 2026 | **Jury Selection/Trial.** |

**SIGNED** this 23rd day of April, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

4