# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| EIREOG INNOVATIONS LTD., <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORPORATION, <br><br> Defendant. | Case No.  1:24-cv-00697-ADA <br><br> **JURY TRIAL DEMANDED** |

### JOINT REPORT REGARDING NARROWING THE NUMBER OF CLAIMS ASSERTED AND PRIOR ART REFERENCES AT ISSUE

Pursuant to the Joint Notice of Agreed Extension of Scheduling Order Deadlines (Dkt. 73), Plaintiff EireOg Innovations Ltd. and Defendant Oracle Corporation met and conferred, by counsel, on February 20, 2026, to discuss narrowing the number of claims asserted and prior art references at issue. At that telephonic conference, the parties committed to narrowing the number of claims and prior art references and grounds at issue, and are continuing to confer about the appropriate scope and timing of that narrowing. Based on the conference of counsel, at this time, the parties do not anticipate a dispute arising from this issue.

Dated:  February 27, 2026

Respectfully submitted,

*/s/ Brett Cooper*
Brett E. Cooper (NY SBN 4011011)
bcooper@bclgpc.com
Seth Hasenour (TX SBN 24059910)
shasenour@bclgpc.com
Jonathan Yim (TX SBN 24066317)
jyim@bclgpc.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bclgpc.com

Ashley M. Ratycz (IL SBN 6330321)
aratycz@bclgpc.com
Michael McManus (DC Bar No. 493422)
mmcmanus@bclgpc.com
Amy E. Hayden (CA SBN 287026)
ahayden@bclgpc.com
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016
Phone: 212-951-0100

Greg Love (Texas Bar No. 24013060)
**STECKLER WAYNE & LOVE PLLC**
107 East Main Street
Henderson, Texas 75652
903.212-4444
greg@stecklerlaw.com

*Attorneys for Plaintiff EireOg Innovations Ltd.*


*/s/ Mary (Mindy) Sooter*
Joseph J. Mueller (*pro hac vice)*
Joseph.mueller@wilmerhale.com
Cynthia D. Vreeland (State Bar No. 20625150)
Cynthia.Vreeland@wilmerhale.com
Sarah R. Frazier (*pro hac vice)*
Sarah.frazier@wilmerhale.com
Dominic E. Massa *(pro* hac vice)
Dominic.massa@wilmerhale.com
Louis W. Tompros (*pro hac vice*)
Louis.tompros@wilmerhale.com
Jason H. Liss (*pro hac vice*)
Jason.liss@wilmerhale.com
Mary (Mindy) Sooter
Mindy.Sooter@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6148
Facsimile: (617) 526-5000

Brian C. Nash (TX SBN 24051103)
Morrison & Foerster LLP
300 Colorado Street, Suite 1800

>Austin, TX 78701
>Phone: (512) 617-0650
>Fax: (737) 910-0730
>bnash@mofo.com
>
>Deron R. Dacus
>State Bar No. 00790553
>**The Dacus Firm, P.C.**
>821 ESE Loop 323, Suite 430
>Tyler, TX 75701
>Phone: (903) 705-1117
>ddacus@dacusfirm.com
>
>*Attorneys for Defendant Oracle Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on February 27, 2026

>*/s/ Brett Cooper*
>Brett Cooper